R. HUNTER BITNER, II, OSB NO. 011146
hunter@slindenelson.com
JASON E. HIRSHON, OSB NO. 052852
jason@slindenelson.com
SLINDE NELSON
425 NW 10th Avenue, Suite 200
Portland, OR  97209
(503) 417-7777
*Of Attorneys for Defendant Chuck A. Acker
and Kerrtas Marketing, LLC.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| WALTER E. NELSON CO., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES A. ACKER, an individual residing in Nebraska, KERRTAS MARKETING, LLC., a Nebraska limited liability company, KERRTAS GLOBAL Sdn. Bhd., a Malaysian private limited public company,<br>Defendants. | Case No. 3:22-CV-01237-YY<br><br>**DECLARATION OF CHARLES A. ACKER IN SUPPORT OF DEFENDANTS CHARLES A ACKER'S AND KERRTAS MARKETING, LLC'S AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT** |

I, Charles A. Acker, declares as follows:

1. I am a defendant in the above-reference matter and a member of Kerrtas Marketing, LLC ("KM").

2. I was served the Complaint in this matter in late October 2022.

3. At the time I was served, I was dealing with issues involving my business including attending a convention for the International Sanitary Supply Association which is extremely time consuming.

1

4.  Additionally, at times material, I was very involved with family issues including getting my father situated into a nursing home.

5.  My father passed away in early November 2022 and that has taken and continues to take a lot of my time.

6.  I was also in contact with the defendant, Kerrtas Global Sdn. Bhd. as I believed that we were sued together as one entity. I have since become aware that that is not true.

7.  I diligently sought counsel in Portland, Oregon. However, as I reside in Nebraska, I did not know any attorneys in Portland and had to seek and rely on referrals.

8.  I contacted the law offices of Slinde Nelson and attorney R. Hunter Bitner II and have been a diligent as possible given my family situation in getting information to and educating them regarding the background of the claims filed by Plaintiff.

9.  I did not intentionally delay responding to Plaintiff's counsel or responding to Plaintiff's Complaint in this matter but instead found myself involved with business and family issues which has taken all of my time and attention.

10  I stand ready to defend myself individually and KM as necessary.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty or perjury.**

Dated: Nov 28, 2022

Charles Acker (Nov 28, 2022 15:50 CST)

Charles A. Acker

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a copy of the foregoing was filed electronically using the Court's CM/EMF system, which will send a notice of electronic filing to all parties and counsel of record. A copy also was mailed to counsel by U.S. First Class Mail, postage prepaid as follows:

  Erica Clausen
  Joshua M. Sasaki
  Katie Bennett
  Miller Nash
  111 SW Fifth Avenue, Suite 3400
  Portland, OR 97204
  erica.clausen@millernash.com
  josh.sasaki@millernash.com
  katie.bennett@millernash.com
    *Of Attorneys for Plaintiff*

DATED: November 30, 2022.

        SLINDE NELSON

        By*:     /s/ R. Hunter Bitner*
          R. Hunter Bitner II, OSB No. 052852
          hunter@slindenelson.com
          Jason E. Hirshon, OSB No. 052852
          jason@slindenelson.com
          *Attorneys for Defendants Charles A.*
          *Acker and Kerrtas Marketing, LLC*

# 22-1128 Dec of Acker ISO Response to Default

Final Audit Report 2022-11-28

| | |
|---|---|
| Created: | 2022-11-28 |
| By: | Irma Bergman (irma@slindenelson.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAEj-kZZFAAJoHRvIdi8fQZret_Bt8NMUb |

## "22-1128 Dec of Acker ISO Response to Default" History

- Document created by Irma Bergman (irma@slindenelson.com)
  2022-11-28 - 9:18:59 PM GMT- IP address: 50.201.135.138

- Document emailed to chucka1220@gmail.com for signature
  2022-11-28 - 9:19:41 PM GMT

- Email viewed by chucka1220@gmail.com
  2022-11-28 - 9:50:04 PM GMT- IP address: 47.233.138.31

- Signer chucka1220@gmail.com entered name at signing as Charles Acker
  2022-11-28 - 9:50:53 PM GMT- IP address: 47.233.138.31

- Document e-signed by Charles Acker (chucka1220@gmail.com)
  Signature Date: 2022-11-28 - 9:50:55 PM GMT - Time Source: server- IP address: 47.233.138.31

- Agreement completed.
  2022-11-28 - 9:50:55 PM GMT

Adobe Acrobat Sign